JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA MATHY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASH CENTRAL OF CALIFORNIA, LLC, AND TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 5:19-cv-02058-JAK-SHK<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

　　　The Court, having considered the stipulation of all parties and good cause appearing, hereby approves the stipulation and dismisses the entire action without prejudice pursuant Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The Court further orders that the motion of Cash Central to dismiss or stay the action and compel arbitration [Document 21] is taken off calendar as moot.

　　　**IT IS SO ORDERED**.

Dated: March 27, 2020

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　United States District Judge